GEORGE F. BINDRIM et al., as Executors of MATHIAS BINDRIM, Deceased, Respondents, *v.* BARBARA ULLRICH et al., Defendants.

WILLIAM E. BINDRIM et al., Appellants.

*Bindrim* v. *Ullrich,* 64 App. Div. 444, appeal dismissed.
(Submitted December 15, 1902; decided December 18, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 21, 1901, affirming a judgment of Special Term construing the will of Mathias Bindrim, deceased.

The motion was made on the ground that the appeal had not been perfected by giving the security required by section 1326 of the Code of Civil Procedure.

*John B. Quintin* for motion.

*Russell Benedict* opposed.

Motion granted and appeal dismissed, without costs of appeal, but with ten dollars costs of motion.